UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELAN BENTLEY                                    CIVIL ACTION
    Appellant

VERSUS                                           NO. 11-227

ROGER KITCHENS                                   SECTION "N" (5)
    Creditor

### ORDER AND REASONS

Before the Court is the "Appeal from the United States Bankruptcy Court for the Eastern District of Louisiana" (Rec. Doc. 8), filed by Plaintiff/Debtor-Appellant Kelan Bentley. The Court has reviewed all of the briefing on this appeal, including the Appellee briefs at Rec. Doc. 12 and 13. Considering the memoranda of the parties, the applicable law including the case of *Richards v. Louisiana Citizens Property Ins. Co.*, 623 F.3d 241 (5th Cir. 2010), and the bankruptcy court record,

**IT IS ORDERED** that the decision of the bankruptcy court is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Show Cause Order (Rec. Doc. 10) is hereby deemed **SATISFIED**.

New Orleans, Louisiana, this 29th day of August, 2011.

                                          KURT D. ENGELHARDT
                                          United States District Judge